IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUTOMATED SYSTEMS, INC., A Nebraska Corporation; and INSITE DATA SYSTEMS, INC., A Nebraska Corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST STATE BANK HAWARDEN, IOWA, Inc., An Iowa Corporation;<br><br>Defendant. | 4:12CV3059<br><br>AMENDED PROGRESSION ORDER |

Pursuant to the oral request to continue the trial by counsel today,

IT IS ORDERED that the amended progression order is as follows:

1) The non-jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **October 1, 2013**, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **September 17, 2013** at **9:00 a.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by noon on September 16, 2013. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

Dated this 13th day of March, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge