IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUTOMATED SYSTEMS, INC., a Nebraska Corporation, and INSITE DATA SYSTEMS, INC., a Nebraska Corporation,<br><br>              Plaintiffs,<br><br>vs.<br><br>FIRST STATE BANK, HAWARDEN, IOWA,<br><br>              Defendant. | 4:12-CV-3059<br><br>ORDER |

The Court has been advised that the parties in this case have settled their claims. Accordingly,

IT IS ORDERED:

1. On or before October 31, 2013, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case (including counterclaims and the like) may be dismissed without further notice.

3. The Clerk of the Court shall set a dismissal papers deadline of October 31, 2013.

Dated this 1st day of October, 2013.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge